IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CECIL GLENN ALLEN,

    Plaintiff,

v.

SARA LAZARZ, JEFF MOESSNER,
and MIKE FELTON,

    Defendants.

ORDER

Case No. 18-cv-22-wmc

    Plaintiff Cecil Glenn Allen, an inmate in the custody of the Eau Claire County Jail, has filed a proposed civil complaint. Plaintiff has also submitted an inmate account statement, which I construe as a request leave to proceed without prepaying the filing fee. However, a decision regarding plaintiff's indigency status cannot be made at this time because the inmate account statement plaintiff submitted does not cover the *entire* six-month period immediately preceding the filing of the complaint.

    For this case to proceed, plaintiff must submit a certified copy of an inmate account statement for the *entire* six-month period immediately preceding the filing of the complaint beginning approximately July 7, 2017 and ending approximately January 7, 2018. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Cecil Glenn Allen may have until February 1, 2018 to submit a certified inmate account statement for the period beginning approximately July 7,

1

2017 and ending approximately January 7, 2018. If, by February 1, 2018, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 10th day of January, 2018.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge